UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALTHEIA TAYLOR,** | NO. EDCV 09-00240-MMM (MAN) |
| Plaintiff, | ORDER ACCEPTING AND ADOPTING |
| v. | FINDINGS, CONCLUSIONS, AND |
| **CITY OF SAN BERNARDINO, et al,** | RECOMMENDATIONS OF UNITED STATES |
| Defendants. | MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and plaintiff's Objections. The Court has conducted a *de novo* review of those matters to which Objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that:

(1) The City of Bernardino's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted;

1    (2) The Complaint is dismissed, with leave to amend as to Claim
2 One and without leave to amend as to Claim Two; and

4    (3) Plaintiff is granted leave to file a First Amended Complaint
5 consistent with this Order and the Report and Recommendation.

7    Plaintiff shall have **forty-five (45) days** from the date of this
8 Order within which to file and serve upon counsel for the City of San
9 Bernardino a First Amended Complaint, attempting to cure the defects
10 described in the Report and Recommendation.  The First Amended
11 Complaint, if any, shall be complete in itself.  It shall not refer in
12 any manner to the original complaint.

14    **Plaintiff is explicitly cautioned that failure to timely file a**
15 **First Amended Complaint may result in a dismissal of this action for**
16 **failure to prosecute and/or for failure to comply with this Court's**
17 **orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

19    **IT IS FURTHER ORDERED** that the Clerk shall serve a copy of the
20 Order on plaintiff and on counsel for the City of San Bernardino.

22 DATED:   November 4, 2009  .

24                                    _____
25                                         MARGARET M. MORROW
                                       UNITED STATES DISTRICT JUDGE

                                       2