UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALTHEIA TAYLOR, | ) | NO. EDCV 09-240-MMM (MAN) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING AND ADOPTING |
| | ) | |
| v. | ) | FINDINGS, CONCLUSIONS, AND |
| | ) | |
| CITY OF SAN BERNARDINO, et al, | ) | RECOMMENDATIONS OF UNITED STATES |
| | ) | |
| Defendants. | ) | MAGISTRATE JUDGE |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and plaintiff's Objections. The Court has conducted a *de novo* review of those matters to which Objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that the Second Amended Complaint is dismissed as follows:

  (1) Claim One (the excessive force claim) is dismissed without leave to amend as to defendants City of San Bernardino and Officer Acosta, but is not dismissed as to defendant Officer S. Casarez ("Casarez");

  (2) Claim Two (the equal protection claim) is dismissed without leave to amend as to all defendants;

  (3) Claims Six through Eleven (the state law claims) are dismissed without prejudice to plaintiff filing a motion for leave to amend pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure; and

  (4) Plaintiff is granted leave to amend consistent with this Order and the Report and Recommendation. Specifically, plaintiff is granted leave to take one of the following two actions: (a) file a Third Amended Complaint alleging a single excessive force claim against defendant Casarez; or (b) file a Rule 15(a)(2) motion for leave to amend and lodge with it a proposed Third Amended Complaint that alleges the excessive force claim against defendant Casarez and one or more of the state law claims dismissed by this Order.

  Plaintiff shall have **thirty (30) days** from the date of this Order within which to take one of the two actions described in Paragraph (4) above. Plaintiff is reminded that any Third Amended Complaint or Rule 15(a)(2) motion/proposed Third Amended Complaint she submits to the Court must: first be served upon counsel for the City of San

Bernardino; and be complete in itself, *i.e.*, not refer in any manner to the prior complaints.

**Plaintiff is explicitly cautioned that failure to comply with this Order may result in a dismissal of this action for failure to prosecute and/or for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

IT IS SO ORDERED.

DATED:   January 19, 2011  .

                                                                                           MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE

3