JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALTHEIA TAYLOR, | CASE NO. 5:09-cv-00240-CJC (SK) |
| --- | --- |
| Plaintiff, | **JUDGMENT** |
| v. | |
| S. CASAREZ, | |
| Defendant. | |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the Defendant's Motion for Summary Judgment is granted, and the action is dismissed with prejudice.

DATED: July 25, 2018

HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE